# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-2054 |
| Plaintiff, | |
| vs. | **ORDER** |
| ANTHONY CHARLES SADDLER, JR., | |
| Defendant. | |

On March 8, 2007, the Court accepted the jury verdict finding Defendant guilty on Counts 1, 2, 3, 4 and 5 of the Indictment.[1]

Accordingly, IT IS ORDERED as follows:

1. The United States Probation Office shall conduct a presentence investigation and prepare a report.

2. The attorneys shall timely comply with the deadlines for preparation of the presentence report.

3. Defendant is detained pursuant to 18 U.S.C. § 3143(a)(2). Defendant has now been convicted of "an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act." *Id.* § 3142(f)(1)(C). Therefore, the court must order him detained unless the factors in § 3143(a)(2)(A) and (B) are met. The court finds that there is not a "substantial likelihood that a motion for acquittal or new trial will be granted," *id.* § 3143(a)(2)(A)(i), the government has not

---

[1] During trial, the court referred to the Superseding Indictment filed January 10, 2007 as the "Indictment" and the verdict forms signed by the jury refer to the Indictment.

"recommended that no sentence of imprisonment be imposed," *id.* § 3143(a)(2)(A)(ii), and the court is unable to find by "clear and convincing evidence that [Defendant] is not likely to flee or pose a danger to any other person or the community," *id.* § 3143(a)(2)(B).

IT IS SO ORDERED.

Dated this 8th day of March, 2007.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA